IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00340-GPG

MELISSA BLACK,

    Plaintiff,

v.

LARIMER COUNTY,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when appropriate to a **magistrate** judge.   *See* D.C.COLO.LCivR 40.1(a).   Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when appropriate to a **magistrate** judge.

DATED January 25, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge